UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEROY PEOPLES,<br><br>Plaintiff,<br><br>- against-<br><br>BRIAN FISCHER, DOCS Commissioner, et al.<br><br>Defendants. | Docket Number<br>11-CV-2694 (SAS) |

**DECLARATION OF JEB HARBEN**

I, JEB HARBEN, an attorney duly admitted to practice law in this Court, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, attorney for the defendants herein. I submit this declaration, the exhibits annexed hereto, the accompanying Memorandum of Law and Notice of Motion and Notice to Pro Se Litigant in support of defendants' motion to dismiss.

2. Attached as Exhibit A is a true and correct copy of the Complaint filed by plaintiff in this action on April 18, 2011.

3. Attached as Exhibit B is a true and correct copy of the September 30, 2009 letter from Peter A. Crusco to William Lee.

4. Attached as Exhibit C is a true and correct copy of the transcript of the disciplinary hearing relevant to this action conducted on October 13, 2009.

5. Attached as Exhibit D is true and correct copy of the July 24, 2009 notice to the Green Have C.F. inmate population regarding additions to standards of inmate behavior.

6. Attached as Exhibit E is a true and correct copy of the inmate misbehavior report

dated October 5, 2009 relevant to this action.

7. Attached as Exhibit F is a true and correct copy of the October 5, 2009 contraband receipt relevant to this action.

8. Attached as Exhibit G are true and correct copies of the October 13, 2009 Hearing Disposition and Hearing Record Sheet relevant to this action.

9. Attached as Exhibit H are true and correct copies of the September 9, 2011 Discretionary review Memorandum, May 16, 2011 Interdepartmental Communication and May 9, 2011 Evaluation Report relevant to this action.

10. Attached as Exhibit I is a true and correct copy of the September 22, 2009 Decision/Order/Judgment in Hopkins v, Fischer, Index No. 2009-5583 (Onondaga Co. N.Y.).

11. Attached as Exhibit J is a true and correct copy of the June 8, 2011 decision of the DOCCS Central Office Review Committee regarding plaintiff's grievance number UST-45499-11.

WHEREFORE, for the reasons stated in the attached Memorandum of Law, defendants respectfully submit that this Court should dismiss the complaint in its entirety.

Executed: New York, New York
November 30, 2011

/S/
JEB HARBEN
Assistant Attorney General