UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEROY PEOPLES,<br><br>          Plaintiff,<br><br> - against-<br><br>NORMAN BEZIO, et al.<br><br>          Defendants. | Docket Number<br>11-CV-2694 (SAS) |

   PLEASE TAKE NOTICE that upon the Memorandum of Law transmitted herewith, and all the pleadings and proceedings had herein, defendants will move this Court at United States District Court, Southern District of New York, 500 Pearl Street, New York, New York for an order pursuant to Rule 12(b)(6) and (1) of the Federal Rules of Civil Procedure, granting them an order dismissing plaintiff's Amended Complaint or, in the alternative, transferring venue to the Northern District of New York, and for such other and further relief as the Court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that if you do not respond pursuant to the Federal Rules of Civil Procedure and within the applicable deadlines, the motion to dismiss, if appropriate, may be granted against you. If the motion to dismiss is granted against you, all or part of your case will be dismissed and there will be no trial on those issues.

Dated: July 10, 2012
       New York, New York

                                Respectfully submitted,

                                ERIC T. SCHNEIDERMAN
                                Attorney General of the
                                    State of New York
                                <u>Attorney for Moving Defendants</u>
                                By:

                                _____/S/_____
                                JEB HARBEN
                                Assistant Attorney General
                                120 Broadway
                                New York, New York 10271
                                (212) 416-6185

TO:    Leroy Peoples, *Pro Se*