UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEROY PEOPLES, Plaintiff, - against- NORMAN BEZIO, et al. Defendants. | Docket Number 11-CV-2694 (SAS) |

**DECLARATION OF JEB HARBEN**

I, JEB HARBEN, an attorney duly admitted to practice law in this Court, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, attorney for the defendants herein. I submit this declaration, the exhibits annexed hereto, the accompanying Memorandum of Law and Notice of Motion and Notice to Pro Se Litigant in support of defendants' motion to dismiss.

2. Attached as Exhibit A is a true and correct copy of the Amended Complaint accepting for filing by the Court on June 26, 2012 as filed on the S.D.N.Y. ECF Docketing System as part of plaintiff's opposition to defendants' motion for reconsideration.

3. Attached as Exhibit B are true and correct copies of the Order & Judgment of Justice Martin J. Schulman in Brown v. Peoples (Queens Co. Index No. 4212/10) filed on May 10, 2010 and a the transcript of the hearing in that proceeding dated April 14, 2010.

WHEREFORE, for the reasons stated in the attached Memorandum of Law, defendants respectfully submit that this Court should dismiss the Amended Complaint in its entirety.

Executed: New York, New York
July 10, 2012

_______/S/__________________________
JEB HARBEN
Assistant Attorney General