UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEROY PEOPLES

                        Plaintiff,

   -versus-

BRIAN FISCHER, DOCCS Commissioner,
et al.

                       Defendants.
------------------------------------------------------------X



**ORDER**
11 Civ. 2694 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Plaintiff's request seeking leave to file a Third Amended Complaint is hereby GRANTED. Plaintiff shall file his Third Amended Complaint on or before March 12, 2013.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: March 1, 2013
        New York