UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEROY PEOPLES, et al.

                       Plaintiffs,

-versus-

BRIAN FISCHER, DOCCS Commissioner,
et al.

                       Defendants.
------------------------------------------------------------X

**ORDER**
11 Civ. 2694 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Plaintiffs are hereby ordered to withdraw their Third Amended Complaint (ECF Docket No. 93), filed on March 6, 2013, and to re-file a new Third Amended Complaint that does not assert any First Amendment retaliation claims on behalf of plaintiff Tonja Fenton.

Upon plaintiffs' filing of a new Third Amended Complaint with the Clerk of the Court that complies with this Order, the Clerk of the Court shall remove the previously filed Third Amended Complaint, and shall replace it with the newly filed Third Amended Complaint.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: March 21, 2013
       New York, New York