UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY PEOPLES, et al.

                        Plaintiff,

      - against-

BRIAN FISCHER, et al.

                      Defendants.

**NOTICE OF MOTION**

11-CV-2694 (SAS)

     PLEASE TAKE NOTICE that upon the Memorandum of Law transmitted herewith, and all the pleadings and proceedings had herein, defendants will move this Court at United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, pursuant to the briefing schedule set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing on the basis of qualified immunity the monetary damages claims in plaintiffs' Corrected Third Amended Complaint and for such other and further relief as the Court deems just and proper.

Dated: April 9, 2013
       New York, New York

                                Respectfully submitted,

                                ERIC T. SCHNEIDERMAN
                                Attorney General of the
                                  State of New York
                                <u>Attorney for Defendants</u>
                By:
                                _____/s/_____
                                JEB HARBEN
                                CHRISTINA OKEREKE
                                Assistant Attorneys General
                                120 Broadway - 24TH Floor
                                New York, New York 10271
                                (212) 416-6185/8746

TO:   Taylor Pendergrass, Esq.
        Christopher Dunn, Esq.