

125 Broad Street
New York, NY  10004
212.607.3300
212.607.3318
www.nyclu.org

Taylor Pendergrass
Senior Staff Attorney
Direct Line: 212.607.3344
tpendergrass@nyclu.org

December 16, 2015

**FILED VIA ECF**
Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Proposed Settlement in *Peoples et al. v. Fischer et al.*, 11-cv-2694 (SAS)

Dear Judge Scheindlin:

On behalf of both the plaintiffs and defendants in this putative class action seeking injunctive relief regarding the use of disciplinary "Special Housing Units" in the New York State prison system, we write to inform the Court that the parties jointly seek the Court's approval of a final settlement agreement.

The Third Amendment Complaint in this action was filed in March 2013. In February 2014, the Court endorsed the parties' "Stipulation For Stay With Conditions," an agreement for a two-year stay of the litigation while Defendants implemented initial reforms and the parties continued to work toward a global settlement. The Court put the case on "inactive" status during the stay.

The parties have now reached the global settlement contemplated by the Stay. In conjunction with this letter, the parties are submitting a Joint Notice of Motion with the proposed Settlement Agreement attached; Plaintiffs' Memorandum of Law in Support of the Joint Motion; and supporting declarations and attachments. The motion seeks the Court's preliminary approval of the settlement agreement and conditional certification of the class, distribution of notice to class members, and a schedule for a fairness hearing.

There are currently no conferences on the Court's calendar in this matter.

Sincerely,

Taylor Pendergrass
Philip Desgranges
Christopher T. Dunn
*Counsel for Plaintiffs*

cc:    Richard W. Brewster, Esq., counsel for Defendants (via ECF)