UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEROY PEOPLES, et al. on behalf of
themselves and all others similarly situated,

     Plaintiffs,

       11 Civ. 2694 (SAS)

 -versus-

BRIAN FISCHER, et al.

     Defendants.
-------------------------------------------------------------X

# NOTICE OF JOINT MOTION FOR
# PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 6.1, the plaintiffs and defendants will jointly move this Court, at 500 Pearl Street, Courtroom 15C, New York, New York, on a date and at a time set by the Court, to grant conditional class certification and preliminary approval of the proposed settlement attached as Exhibit 1 to this Notice; appoint Plaintiffs' counsel as class counsel; approve the form of the class notice, and direct Defendants to provide notice to all Class Members; provide Class Members with sixty days after Notice is posted and served to comment on the proposed settlement as specified in the Notice; and set a date for a fairness hearing for final approval of the settlement.

Dated: December 16, 2015
New York, N.Y.

Respectfully submitted,

| /s/ Taylor Pendergrass | /s/ Richard W. Brewster |
|---|---|
| Taylor Pendergrass (TP-3608) | Richard W. Brewster (RB-1405) |
| Philip Desgranges (PD-2833) | Assistant Attorney General |
| Christopher T. Dunn (CD-3991) | of the State of New York |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | 120 Broadway – 24th Floor |
| 125 Broad Street, 19th Floor | New York, New York 10271 |
| New York, N.Y. 10004 | 212-416-8000 |
| (212) 607-3300 | |
| tpendergrass@nyclu.org | Eric T. Schneiderman |
| | Attorney General |
| | of the State of New York |
| David J. Fioccola (DF-1622) | |
| Jennifer K. Brown (JB-4222) | *Counsel for Defendants* |
| Kayvan B. Sadeghi (KS-7463) | |
| Daniel Matza-Brown (DM-1106) | |
| Adam J. Hunt (AH-0627) | |
| MORRISON & FOERSTER LLP | |
| 250 West 55th Street | |
| New York, NY 10019 | |
| Tel: (212) 468-8000 | |
| Fax: (212) 468-7900 | |
| dfioccola@mofo.com | |
| | |
| Alexander A. Reinert (AR-1740) | |
| 55 Fifth Avenue, Room 1005 | |
| New York, New York 10003 | |
| Tel: (212) 790-0403 | |
| Fax: (212) 790-0805 | |
| areinert@yu.edu | |

*Counsel for Plaintiffs*