UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEROY PEOPLES, et al., on behalf of
themselves and all others similarly situated,

                Plaintiffs,

                                   11 Civ. 2694 (SAS)

        -versus-

ANTHONY ANNUCCI, Acting Commissioner of
the New York State Department of Corrections
and Community Supervision, et al.,

                Defendants.
------------------------------------------------------------X

## NOTICE OF JOINT MOTION FOR FINAL
## APPROVAL OF CLASS-ACTION SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and Local Rule 6.1, upon the Declaration of Taylor Pendergrass, dated March 21, 2016, and the Plaintiffs' Memorandum of Law in Support of the Joint Motion for Final Approval of Class-Action Settlement, dated March 21, 2016, the Plaintiffs and Defendants will jointly move this Court, at 500 Pearl Street, Courtroom 15C, New York, New York, on March 28, 2016, at four o'clock in the afternoon, to grant final approval of the class-action Settlement Agreement.

Dated: March 21, 2016
New York, N.Y.

Respectfully submitted,

| | |
|---|---|
| /s/ Taylor Pendergrass | /s/ Richard W. Brewster |
| Taylor Pendergrass (TP-3608) | Richard W. Brewster (RB-1405) |
| Philip Desgranges (PD-2833) | Assistant Attorney General |
| Christopher T. Dunn (CD-3991) | of the State of New York |
| Aimee Krause Stewart (AK-0822) | 120 Broadway – 24th Floor |
| NEW YORK CIVIL LIBERTIES | New York, N.Y. 10271 |
| UNION FOUNDATION | 212-416-8000 |
| 125 Broad Street, 19th Floor | |
| New York, N.Y. 10004 | Eric T. Schneiderman |
| (212) 607-3300 | Attorney General |
| tpendergrass@nyclu.org | of the State of New York |
| | |
| David J. Fioccola (DF-1622) | *Counsel for Defendants* |
| Jennifer K. Brown (JB-4222) | |
| Kayvan B. Sadeghi (KS-7463) | |
| Adam J. Hunt (AH-0627) | |
| MORRISON & FOERSTER LLP | |
| 250 West 55th Street | |
| New York, N.Y. 10019 | |
| Tel:  (212) 468-8000 | |
| Fax:  (212) 468-7900 | |
| dfioccola@mofo.com | |
| | |
| Alexander A. Reinert (AR-1740) | |
| 55 Fifth Avenue, Room 1005 | |
| New York, N.Y. 10003 | |
| Tel: (212) 790-0403 | |
| Fax: (212) 790-0805 | |
| areinert@yu.edu | |

*Counsel for Plaintiffs*