```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**PEOPLES,**

                    **Plaintiff,**

          -against-

                                                  **1:11-cv-2694 (ALC)**

**ANNUCCI et al,**                                 **ORDER**

                    **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       On March 2, 2020, Plaintiff filed a motion requesting relief from judgment, (ECF No. 510). Defendants are ordered to respond by May 8, 2020.

**SO ORDERED.**

**Dated:** April 24, 2020

     New York, New York                                    **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**