Kamieo Caines  
19A1597  
D-A-12 cell

5-25-20

To: Judge Shira A. Scheindlin

I'm writing to you pertaining a one L. Peoples vs B. Fischer 11-cv-2694. I would like to report a → "Notice of Substantial Breach" from this "Facility". The prior settlement you came to involving case 11-cv-2694 is not being followed here. This block that i'm housed in has its own F-O-M laws they are still using "deprivations as punishment" when its really for safety an security, their is 32 cells down here in D-Block and not one of them has a mirror last but not least its no where a defibrillator can be plugged up cause its no light switch or place to sit!!! I thought everything was put in a proper perspective but some places disagree with your judgement and even upon being abreast still show poor judgement and failure to abide by written "Directives"

This The Facility  
↓  
South Port Facility Corr.  
P.O Box 2000  
Pine City, New York 14871  
2000

Carbon Copy  
K. Caines

Respectfully Submitted

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000

NAME: Ramiro Caines   DIN: 19A1597

D-17 cell
D BLOCK

RECEIVED
SDNY PRO SE OFFICE
2020 JUN -5  AM 8:47
S.D. OF N.Y.

SOUTHPORT CORRECTIONAL FACILITY
NEOPOST  05/26/2020
US POSTAGE $000.50
ZIP 14871
041M11274236

Legal Mail
FIRST-CLASS MAIL

To: Clerk of Court
Judge Shira A. Scheindlin
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007