UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
LEROY PEOPLES ET AL.,

                    Plaintiffs,

          -against-

ANTHONY ANNUCCI ET AL.,

                   Defendants.
-------------------------------------------------------------- x

1:11-cv-2694 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 8, 2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the pre-motion conference letters concerning Plaintiffs' anticipated motion under Rule 60(b)(6) of the Federal Rules of Civil Procedure. *See* ECF Nos. 525, 526, 527. Upon review of the submissions, the requests for a pre-motion conference are hereby **GRANTED**. The monitoring period is hereby extended until the pre-motion conference, date forthcoming.

**SO ORDERED.**

Dated:    October 8, 2021
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              United States District Judge