| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------- x<br>**LEROY PEOPLES ET AL.,**<br>　　　　　　　　　**Plaintiffs,**<br>　　　　-against-<br>**ANTHONY ANNUCCI ET AL.,**<br>　　　　　　　　　**Defendants.**<br>------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Oct. 12, 2021<br><br>**1:11-cv-2694 (ALC)**<br><br><u>**ORDER SETTING**</u><br><u>**PRE-MOTION CONFERENCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court will hold the pre-motion conference concerning Plaintiffs' anticipated motion under Rule 60(b)(6) of the Federal Rules of Civil Procedure on **Monday, November 15, 2021 at 11:30AM**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:　October 12, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**