UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LEROY PEOPLES ET AL.,

                  **Plaintiffs,**

    -against-

ANTHONY ANNUCCI ET AL.,

                  **Defendants.**

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 30, 2021

1:11-cv-2694 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiffs' letter requesting reinstatement of the settlement agreement's dispute resolution process. ECF No. 533. Defendants shall respond no later than **December 2, 2021**.

**SO ORDERED.**

Dated:    November 30, 2021
             New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**