UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LEROY PEOPLES ET AL.,

                      Plaintiffs,

-against-

ANTHONY ANNUCCI ET AL.,

                      Defendants.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 1, 2021

1:11-cv-2694 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter requesting reinstatement of the settlement agreement's dispute resolution process, ECF No. 533, and Defendants' response, ECF No. 536. While the Court encourages the parties to collaboratively address concerns while the Rule 60(b) motion is pending, the Court denies Plaintiffs' request.

**SO ORDERED.**

Dated:    December 1, 2021
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**