February 2, 2022

<u>Via ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Peoples v. Annucci*, 11 Civ. 2694 (ALC)

Dear Judge Carter:

The New York Civil Liberties Union Foundation and undersigned co-counsel represent the plaintiffs in this class-action challenge to extreme isolation practices in New York prisons.  We are in receipt of the letter of class member Ronald McFadden, ECF No. 546, and write to confirm that class counsel are in the process of responding to Mr. McFadden's inquiry.

As has been our practice throughout the settlement monitoring period, class counsel endeavor to respond to each class member inquiry and to investigate those that raise potential compliance issues—often, as here, through discussions with Defendants for which the *Peoples* settlement has provided a vital platform.

We thank the Court for its attention to this matter and are available at the Court's convenience to address any questions the Court may have.

Respectfully submitted,

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
*/s/ Antony P. F. Gemmell*
Antony P. F. Gemmell
Christopher T. Dunn

MORRISON & FOERSTER LLP
*/s/ Jennifer K. Brown*
Jennifer K. Brown

ALEXANDER A. REINERT
*/s/ Alexander A. Reinert*