UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
LEROY PEOPLES, et al.,

                    Plaintiffs,

        -against-

ANTHONY ANNUCCI, et al.,

                    Defendants.
------------------------------------------------------- x

1:11-cv-02694 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of seventy letters filed in May of this year. ECF Nos. 623-553. Counsel for Plaintiffs should file a status report by December 31, 2024 confirming that they have received the letters.

**SO ORDERED.**

Dated:   **December 6, 2024**
             **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**