**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON, LOS
ANGELES, MIAMI, NEW YORK, PALO
ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

Writer's Direct Contact
+1 (212) 336-4094
JBrown@mofo.com

December 20, 2024

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the
 Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    *Peoples v. Annucci*, No. 11-cv-2694 (ALC)

Dear Judge Carter:

In response to the Court's directive dated December 5, 2024 (ECF 624), I am writing on behalf of plaintiffs' counsel in this now-closed class action challenging the use of solitary confinement in New York prisons. As requested, plaintiffs' counsel confirm the receipt of 70 letters filed to the docket of this case in May of this year.

Plaintiffs' counsel respectfully suggest that because the *Peoples v. Annucci* case is closed and the settlement monitoring period has expired, this case no longer provides a forum for raising allegations against the New York State Department of Corrections and Community Supervision. Accordingly, unless otherwise directed by the Court, we do not plan to respond to these or subsequent letters that the Court receives, although our individual offices regularly respond when appropriate to communications from incarcerated people about a wide range of subjects.

We appreciate the Court's attention to this matter.

Respectfully submitted,

MORRISON & FOERSTER LLP
*/s/ Jennifer K. Brown*
Jennifer K. Brown

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
*/s/ Christopher T. Dunn*
Christopher T. Dunn

ALEXANDER A. REINERT
*/s/ Alexander A. Reinert*