UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
LEROY PEOPLES, et al.,

                Plaintiffs,

    -against-

ANTHONY ANNUCCI, et al.,

                Defendants.

---------------------------------------------------------- x

1:11-cv-02694 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of seventy letters filed in May of this year. ECF Nos. 553-623. Counsel for Plaintiffs filed a letter confirming receipt of the letters and advising the Court that they request no additional action be taken as this matter is closed and the settlement monitoring period has expired. ECF No. 625. The Court agrees with this assessment and will take no further action regarding the letters.

**SO ORDERED.**

Dated:   December 27, 2024
            New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**