Re: Case # 11-CV-2694 (SAS)
Peoples et al, V. Annucci et al

Date: 5/19/26

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 27 AM 11:1

Dear Clerk of Court,

Good Morning. In forwarding this correspondence it is my request to be afforded one copy of the above referenced petition "decided on (April 14, 2016) after filing".

An actual copy of the petition as requested, not the decision.

Do believe I would greatly appreciate your time, assistance & kindness - because fully realize your office do not have to fulfill my request.

Truly,
John White
#08A3368

Case 1:11-cv-02694-ALC   Document 627   Filed 05/27/26   Page 2 of 2

Mr. John White #08A3366
**GREEN HAVEN CORRECTIONAL FACILITY**
594 ROUTE 216
STORMVILLE, NY 12582

HARTFORD CT 060
NEOPOST
GREEN HAVEN
23 MAY 2026 PM 5/21/2026
US POSTAGE

PURPLE HEART
FOREVER USA

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 27 AM II: 15

LEGAL
MAIL

United States District Court
Southern District of New york
Attn: PRO SE Office Personnel
500 Pearl street
NY NY 10007

CONFIDENTIAL

10007-131699